To: Krislov & Associates, Ltd.
   20 North Wacker Drive, Suite 1350
   Chicago, Illinois 60606

Re: Case Title: <u>Raul Fojas v. Duane Ackerman, et al.</u>
   Docket No.: <u>08 CV 00423</u>
   Court: <u>United Stated District Court For the Northern District of Illinois</u>

### Acknowledgment of Receipt of Complaint and Waiver of Service

 I acknowledge receipt of your request that I waive service of a summons in the above-titled action.

 I have received a copy of the complaint in the action via U.S. Mail, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

 I agree to save the cost of service of summons and an additional copy of the complaint in this lawsuit by not requiring that Nominal Defendant, Allstate Corporation be served with judicial process.

 Allstate Corporation will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

 I understand that a judgment may be entered against Allstate Corporation if an answer or appropriate motion is not served upon you within 60 days after the date this request was sent, **February 25th, 2008**.

Named Defendant _Allstate Corporation_

2/28/08
Date

by _[signature]_
 Signature

Printed / Typed name:

_Robert J. Kopecky_

Title: _Kirkland & Ellis LLP Counsel_

F:\CASES\ALLSTATE II\WAIVER OF SERVICE OF SUMMONS (ALLSTATE).DOC