To:    Krislov & Associates, Ltd.
20 North Wacker Drive, Suite 1350
Chicago, Illinois 60606

Re:    Case Title:    Raul Fojas v. Duane Ackerman, et al.
Docket No.:    08 CV 00423
Court:    United States District Court for the Northern District of Illinois

**Acknowledgment of Receipt of Complaint and Waiver of Service**

I acknowledge receipt of your request that I waive service of a summons in the above-titled action.

I have received a copy of the complaint in the action via U.S. Mail, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of summons and an additional copy of the complaint in this lawsuit by not requiring that Named Defendants, F. Duane Ackerman, James G. Andress, Robert D. Beyer, W. James Farrell, Jack M. Greenberg, Ronald T. LeMay, Edward M. Liddy, J. Christopher Reyes, H. John Riley, Jr., Joshua I. Smith, Judith A. Sprieser, Mary Alice Taylor and Thomas J. Wilson be served with judicial process.

F. Duane Ackerman, James G. Andress, Robert D. Beyer, W. James Farrell, Jack M. Greenberg, Ronald T. LeMay, Edward M. Liddy, J. Christopher Reyes, H. John Riley, Jr., Joshua I. Smith, Judith A. Sprieser, Mary Alice Taylor and Thomas J. Wilson will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against F. Duane Ackerman, James G. Andress, Robert D. Beyer, W. James Farrell, Jack M. Greenberg, Ronald T. LeMay, Edward M. Liddy, J. Christopher Reyes, H. John Riley, Jr., Joshua I. Smith, Judith A. Sprieser, Mary Alice Taylor and Thomas J. Wilson if an answer or appropriate motion is not served upon you within 60 days after the date this request was sent, February 25, 2008.

Named Defendants listed above

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

3/7/08
Date

By: _____
Greg A. Danilow, Esq.

NY1:\1546316\01\X55801!.DOC\99980.0001