U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08-CV-00423 |

RAUL FOJAS, Derivatively on Behalf of
ALL STATE CORP., Plaintiff
v.
F. DAUNE ACKERMAN, et al., Defendants and
ALLSTATE CORP., Nominal Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ALLSTATE CORPORATION, Nominal Defendant

| |
|---|
| NAME (Type or print)<br>Steven J. Roeder |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Steven J. Roeder |
| FIRM<br>Williams Montgomery & John Ltd. |
| STREET ADDRESS<br>20 North Wacker Drive, Suite 2100 |
| CITY/STATE/ZIP<br>Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6188428 | 312-443-3256 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐

**CERTIFICATE OF SERVICE**

Steven J. Roeder, an attorney, hereby certify that on April 24, 2008, I electronically filed the foregoing **Appearance** with the Clerk of the Court using the CM/ECF system which sent notification of such filings to all counsel of record.

/s/ Steven J. Roeder