# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of Raul Fojas, Derivatively on behalf of Allstate Corp. vs. Ackerman, et al. and Allstate Corp., Nominal Defendant | Case Number: 1:08CV 00423<br>Judge William Hart |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

The Allstate Corporation

| | |
|---|---|
| **NAME** (Type or print) Robert J. Kopecky | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) s/ Robert J. Kopecky | |
| **FIRM** Kirkland & Ellis LLP | |
| **STREET ADDRESS** 200 E. Randolph Drive | |
| **CITY/STATE/ZIP** Chicago, IL 60601 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS) 3125334 | **TELEPHONE NUMBER** (312) 861-2084 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |

**CERTIFICATE OF SERVICE**

    I, Robert J. Kopecky, an attorney, hereby certify that on April 25, 2008, I electronically filed the foregoing **Appearance** with the Clerk of the Court using the CM/ECF system which sent notification of such filings to all counsel of record.

                                                                        ____/s/ Robert J. Kopecky_____