# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of Raul Fojas, Derivatively on behalf of Allstate Corp. vs, Ackerman, et al. and Allstate Corp., Nominal Defendant | Case Number: 1:08CV 00423<br>Judge William Hart |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

   The Allstate Corporation

| |
|---|
| NAME (Type or print)<br>    Sallie G. Smylie |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/ Sallie G. Smylie |
| FIRM<br>    Kirkland & Ellis LLP |
| STREET ADDRESS<br>    200 E. Randolph Drive |
| CITY/STATE/ZIP<br>    Chicago, IL   60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6201957 | TELEPHONE NUMBER<br>(312) 861-2421 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?                  YES [X]   NO [ ] | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?                YES [ ]   NO [X] | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?                  YES [X]   NO [ ] | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES [X]   NO [ ] | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL [ ]       APPOINTED COUNSEL [ ] | |

## **CERTIFICATE OF SERVICE**

I, Sallie G. Smylie, an attorney, hereby certify that on April 25, 2008, I electronically filed the foregoing **Appearance** with the Clerk of the Court using the CM/ECF system which sent notification of such filings to all counsel of record.

                                                                   ____/s/ Sallie G. Smylie_____