# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                                 Case Number: 1:08-CV-00423

Raul Fojas, Derivatively on behalf of
Allstate Corp.
    vs.
Ackerman, et al. and Allstate Corp., Nominal Defendant

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

    The Allstate Corporation

| |
|---|
| NAME (Type or print)<br>Jonathan E. Hinkemeyer |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/ Jonathan E. Hinkemeyer |
| FIRM<br>Kirkland & Ellis LLP |
| STREET ADDRESS<br>200 E. Randolph Drive |
| CITY/STATE/ZIP<br>Chicago, Illinois 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6256090 | TELEPHONE NUMBER<br>(312) 861-2272 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐

## **CERTIFICATE OF SERVICE**

    I, Jonathan E. Hinkemeyer, an attorney, hereby certify that on April 25, 2008, I electronically filed the foregoing **Appearance** with the Clerk of the Court using the CM/ECF system which sent notification of such filings to all counsel of record.

                                                                                   ____/s/ Jonathan E. Hinkemeyer___