# Exhibit 1

# First District Court of Appeal Case Docket

## Case Number: 1D08-275

### Final Administrative Other Notice

### Allstate Floridian Insurance Company, et al. vs. Office of Insurance Regulation

Lower Tribunal Case(s): 91774-07, 91775-07, 91777-07, 91778-07, 91779-07, 91780-07, 91781-07, 91786-07, 91787-07, 91788-07

04/25/2008 12:46

| Date Docketed | Description | Date Due | Filed By | Notes |
|---|---|---|---|---|
| 01/17/2008 | Case Filing Fee | | | Radey, Thomas, Yon, Clark |
| 01/17/2008 | order appealed | | | final |
| 01/17/2008 | Notice of Filing | | David Yon 0315052 | order appealed (3 volumes in box vault) |
| 01/17/2008 | Notice of Appeal Filed | | Harry O. Thomas 0195097 | |
| 01/17/2008 | Miscellaneous Motion | | Elizabeth Mcarthur 0354491 | see amnd motion---emergency mo for immediate relief from immediate final order suspending licenses |
| 01/18/2008 | Administrative / Acknowledgement letter | | | |
| 01/18/2008 | Miscellaneous Motion | | Elizabeth Mcarthur 0354491 | amended emergency mo for immediate relief |
| 01/18/2008 | Appendix | | | to corr mo for immediate relief AA Elizabeth Mcarthur 0354491 |
| 01/18/2008 | Grant Miscellaneous Motion-79 | | | Appellants' emergency motion for immediate relief from immediate final order suspending licenses filed January 17, 2008, is granted. The January 17, 2008, Immediate Final Order issued by the Office of Insurance Regulation is stayed pending further order of this court. Appellee shall show cause within 10 days of the date of this order why the stay should not remain in effect pending a final disposition on the merits of the appeal. |
| 01/23/2008 | Motion To File Amicus Curi. Brief | | | filed by James Felman & Katherine Yanes |
| 01/23/2008 | RESPONSE | | Steve Parton, G.C. DFS-ir | |
| 01/23/2008 | Appendix | | | to response AE Steve Parton, G.C. |

| | | | | DFS-ir |
|---|---|---|---|---|
| 01/25/2008 | Notice | | | of National Association of Professional Allstate Agents, Inc. regarding parties' positions on mo for leave to file of AC - filed by James Felman & Katherine Yanes and Dirk Beamer |
| 01/30/2008 | Grant Expediting-77 | | | The motion for leave to file brief of amicus curiae in support of appellants' emergency motion, filed by the National Association of Professional Allstate Agents, Inc., on January 23, 2008, is denied. The stay previously imposed by this court shall remain in effect pending a final disposition on the merits of this appeal. On the court's own motion, this proceeding is hereby expedited. The clerk of the lower tribunal shall file the index and record on appeal within 15 days of the date of this order. The initial brief shall be filed within 10 days thereafter. The answer brief shall be filed within 10 days thereafter and the reply brief shall be filed within 5 days thereafter. No requests for extensions of time will be granted absent a showing of emergency circumstances. |
| 01/30/2008 | Deny Amicus Curiae Brief-11B | | | The motion for leave to file brief of amicus curiae in support of appellants' emergency motion, filed by the National Association of Professional Allstate Agents, Inc., on January 23, 2008, is denied. The stay previously imposed by this court shall remain in effect pending a final disposition on the merits of this appeal. On the court's own motion, this proceeding is hereby expedited. The clerk of the lower tribunal shall file the index and record on appeal within 15 days of the date of this order. The initial brief shall be filed within 10 days thereafter. The answer brief shall be filed within 10 days thereafter and the reply brief shall be filed within 5 days thereafter. No requests for extensions of time will be granted absent a showing of emergency circumstances. |
| 02/07/2008 | Docketing Statement | | | AA Harry O. Thomas 0195097 |
| 02/14/2008 | Received Records | | | 7 volumes & index in box vault |
| 02/22/2008 | Initial Brief on Merits | | Elizabeth Mcarthur | Copy in B Directory |

| | | | 0354491 | |
|---|---|---|---|---|
| 03/03/2008 | Docketing Statement | | | AE Anoush A. Brangaccio, A.G.C. 0005126 |
| 03/03/2008 | Appellee's Answer Brief | | Susan Dawson 0076848 | Copy in B Directory |
| 03/10/2008 | Appellant's Reply Brief | | Elizabeth Mcarthur 0354491 | Copy in B Directory |
| 04/04/2008 | Affirmed - Authored Opinion | | | Stay is lifted |
| 04/07/2008 | Motion For Clarification | | Susan Dawson 0076848 | |
| 04/08/2008 | RESPONSE | | Elizabeth Mcarthur 0354491 | to mo for clarification |
| 04/08/2008 | Grant Clarification-78 | | | After considering Appellee's Motion for Clarification, and Appellants' Response thereto, the Motion for Clarification is GRANTED. Due to the expedited nature of this appeal, any motion for rehearing, rehearing en banc, clarification, and/or certification must be filed by 5:00 p.m. on April 14, 2008, and any response thereto must be filed by 5:00 p.m. on April 16, 2008. This Court's April 4, 2008 opinion lifting the stay will not become final until the time for filing a motion for rehearing expires, and the disposition thereof, if filed. |
| 04/11/2008 | Motion To File Supplemental Record | | David Yon 0315052 | |
| 04/14/2008 | RESPONSE | | Anoush A. Brangaccio, A.G.C. 0005126 | in oppo to mo supp rec (NOTED) |
| 04/14/2008 | Miscellaneous Motion | | | mo leave to appear AC in supp of aplnt mo reh, reh en banc, cert - filed by Roy Young & William Large |
| 04/14/2008 | Motion for Rehearing / Rehearing En Banc | | David Yon 0315052 | |
| 04/16/2008 | RESPONSE | | Susan Dawson 0076848 | to reh, reh en banc & cert (NOTED) |
| 04/17/2008 | OBJECTION | | Anoush A. Brangaccio, A.G.C. 0005126 | to AC brf (NOTED) |
| 04/21/2008 | NOTICE OF DISCRETN. JURISDICTN | | NOTICE OF DISCRETN. JURISDICTN | |
| 04/21/2008 | Deny Motion to Supplement the Record-30F | | | "WITHDRAWN" See order of 4/21/2008 |
| 04/21/2008 | Deny Appellant's Motion for Rehearing-56A | | | "WITHDRAWN" See order of 4/21/2008; reh en banc & certification |
| 04/21/2008 | Deny Miscellaneous Motion-79A | | | "WITHDRAWN" See order of 4/21/2008; mot for leave to appear as |

| | | | | |
|---|---|---|---|---|
| | | | | amici curiae in support of appellant's mot for reh, reh en banc & certification |
| 04/21/2008 | Miscellaneous Order-200 | | | court's order issued earlier this date denying appellant's mot to supplement the record, and appellant's motion for rehearing, rehearing en banc and certification, and motion for leave to appear as amici curiae in support of appellant's motion for rehearing, rehearing enbanc and certification; is withdrawn as it was issued due to clerical error. |
| 04/22/2008 | Review Sent to Supreme Court | | NOTICE OF DISCRETN. JURISDICTN | |
| 04/23/2008 | Notice | | David Yon 0315052 | of filing |