IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RAUL FOJAS, Derivatively on Behalf of ALLSTATE CORP., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| F. DUANE ACKERMAN, JAMES G. ANDRESS, ROBERT D. BEYER, W. JAMES FARRELL, JACK M. GREENBERG, RONALD T. LEMAY, EDWARD M. LIDDY, J. CHRISTOPHER REYES, H. JOHN RILEY, JR., JOSHUA I. SMITH, JUDITH A. SPRIESER, MARY ALICE TAYLOR, THOMAS J. WILSON, | ) ) ) ) ) ) ) ) | No. 1:08 CV 00423<br><br>Judge William T. Hart |
| Defendants, - and - ALLSTATE CORP., a Delaware corporation, | ) ) ) ) | |
| Nominal Defendant. | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that at 11:00 a.m. on May 1, 2008, counsel will appear before the Honorable Judge William T. Hart in Room 2243, 219 South Dearborn Street, Chicago, Illinois, and then and there present DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO ADEQUATELY PLEAD DEMAND FUTILITY.

| | |
|---|---|
| Dated: April 25, 2008 | Respectfully submitted, |
| /s/ Jonathan E. Hinkemeyer | /s/ Peter C. John |
| Robert J. Kopecky | Peter C. John |
| Sallie G. Smylie, P.C. | Steven J. Roeder |
| Jonathan E. Hinkemeyer | WILLIAMS MONTGOMERY & JOHN LTD |
| KIRKLAND & ELLIS LLP | 20 North Wacker Drive, Suite 2100 |
| 200 E. Randolph Drive | Chicago, Illinois 60606 |
| Chicago, Illinois 60601 | (312) 443-3200 |
| (312) 861-2000 | |
| | Greg A. Danilow |
| *Counsel for Allstate Corporation* | Stephen A. Radin |
| | WEIL, GOTSHAL & MANGES LLP |
| | 767 Fifth Avenue |
| | New York, NY 10153 |
| | (212) 310-8000 |
| | |
| | *Counsel for Individual Defendants* |

## **CERTIFICATE OF SERVICE**

      I, Jonathan E. Hinkemeyer, an attorney, hereby certify that on April 25, 2008, I electronically filed the foregoing **Notice of Motion** with the Clerk of Court using the CM/ECF system which sent notification of such filings to all counsel of record.

                                                                   /s/ Jonathan E. Hinkemeyer