FILED

(Revised 02/01/01)

# United States District Court   Northern District of Illinois
## APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE

MAY 7 2008

UNITED STATES DISTRICT COURT
JUDGE WILLIAM T. HART

| Case Title: | RAUL FOJAS, Derivately on Behalf of ALLSTATE CORP. | | Plaintiff(s) |
| --- | --- | --- | --- |
| | VS. | | |
| | F. DUANE ACKERMAN, et al. and ALLSTATE CORP., a Delaware corporation | | Defendant(s) |

| Case Number: | 1:08 CV 00423 | Judge: | William T. Hart |
| --- | --- | --- | --- |

I, Greg A. Danilow                                           hereby apply to the Court

under Local Rule 83.14 for permission to appear and participate in the above-entitled action on behalf of

the Individual Defendants                                    by whom I have been retained.

I am a member in good standing and eligible to practice before the following courts:

| Title of Court | Date Admitted |
| --- | --- |
| see attached list | |
| | |
| | |
| | |

I have currently, or within the year preceding the date of this application, made pro hac vice applications to this Court in the following actions:

| Case Number | Case Title | Date of Application (Granted or Denied)* |
| --- | --- | --- |
| | | |
| | RECEIVED | |
| | APR 3 0 2008 TC | |
| | MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT | |

*If denied, please explain:
(Attach additional form if necessary)

Pursuant to Local Rule 83.15(a), applicants who do not have an office within the Northern District of Illinois must designate, at the time of filing their initial notice or pleading, a member of the bar of this Court having an office within this District upon who service of papers may be made.

Has the applicant designated local counsel?   Yes ✓   No ☐

If you have not designated local counsel, Local Rule 83.15(b) provides that the designation must be made within thirty (30) days.

Has the applicant ever been:

| | | |
|---|---|---|
| censured, suspended, disbarred, or otherwise disciplined by any court? | Yes ☐ | No ☑ |
| or is the applicant currently the subject of an investigation of the applicant's professional conduct? | Yes ☐ | No ☑ |
| transferred to inactive status, voluntarily withdrawn, or resigned from the bar of any court? | Yes ☐ | No ☑ |
| denied admission to the bar of any court? | Yes ☐ | No ☑ |
| held in contempt of court? | Yes ☐ | No ☑ |

NOTE: If the answer to *any* of the above questions is yes, please attach a brief description of the incident(s) and the applicant's current status before any court, or any agency thereof, where disciplinary sanctions were imposed, or where an investigation or investigations of the applicant's conduct may have been instituted.

I have read the Rules of Professional Conduct for the Northern District of Illinois, effective November 12, 1991 (Local Rules 83.50 through 83.58), and the Standards for Professional Conduct within the Seventh Federal Judicial Circuit, effective December 15, 1992, and will faithfully adhere to them. I declare under penalty of perjury that the foregoing is true and correct.

_April 30 2008_  _Greg Dal_
Date                          Signature of Applicant

| Applicant's Name | Last Name<br>Danilow | First Name<br>Greg | Middle Name/Initial<br>A |
|---|---|---|---|
| Applicant's Law Firm | Weil, Gotshal & Manges LLP | | |
| Applicant's Address | Street Address (include suite or room number)<br>767 Fifth Avenue | | State Bar Number<br>1270032 |
| | City<br>New York | State<br>NY | ZIP Code<br>10153 | Work Phone Number<br>212-310-8000 |

(The pro hac vice admission fee is $100.00 for cases filed before February 1, 2001, and $50.00 for cases filed on or after that date, and shall be paid to the Clerk. No admission under Rule 83.14 is effective until such time as the fee has been paid.)

(Fee Stamp)

NOTE: Attorneys seeking to appear pro hac vice may wish to consider filing a petition for admission to the general bar of this Court. The fee for admission to the General Bar is $150.00 The fee for pro hac vice admission is $100.00 for cases filed before February 1, 2001, and $50.00 for cases filed on or after that date. Admission to the general bar permits an attorney to practice before this Court. Pro hac vice admission entitles an attorney to appear in a particular case only. Application for such admission must be made in each case; and the admission fee must be paid in each case.

PAID
4624001766
APR 3 0 2008  TC
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**ORDER**

IT IS ORDERED that the applicant herein may appear in the above-entitled case.

DATED: 5/7/08   _/s/_
                United States District Judge

## GREG A. DANILOW BAR ADMISSIONS

| | |
|---|---|
| New York State | 03/03/75 |
| U.S. District Court, Southern District of New York | 03/12/75 |
| U.S. District Court, Eastern District of New York | 07/02/80 |
| U.S. District Court, Eastern District of Michigan | 11/16/95 |
| U.S. District Court, Northern District of California | 06/09/80 |
| U.S. Court of Appeals, First Circuit | 12/09/82 |
| U.S. Court of Appeals, Second Circuit | 12/22/80 |
| U.S. Court of Appeals, Third Circuit | 06/13/88 |
| U.S. Court of Appeals, Fourth Circuit | 05/21/98 |
| U.S. Court of Appeals, Fifth Circuit | 12/15/80 |
| U.S. Court of Appeals, Sixth Circuit | 04/02/91 |
| U.S. Supreme Court | 06/21/81 |

## AFFIDAVIT OF SERVICE

I, Denise E. Mathauser, being first duly sworn on oath, state that I caused a copy of the foregoing **Application for Leave to Appear Pro Hac Vice** to be served as upon

| | |
|---|---|
| Sallie G. Smylie<br>Jonathan E. Hinkemeyer<br>Robert J. Kopecky<br>Kirkland & Ellis LLP<br>200 E. Randolph Drive<br>Chicago, IL 60601 | Clinton A. Krislov<br>Jeffrey Michael Salas<br>Krislov & Associates, Ltd.<br>20 North Wacker Drive<br>Suite 1350<br>Chicago, IL 60606 |

via U.S. Mail this 30th day of April, 2008.

_____
Denise E. Mathauser

Subscribed and Sworn to
before me this 30th day
of April, 2008.

_____

"OFFICIAL SEAL"
DONNA M. WROBEL
Notary Public, State of Illinois
My Commission Expires 08/10/09