## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| RAUL FOJAS, Derivatively On Behalf of ALLSTATE CORP., | ) ) | |
| Plaintiff, | ) | |
| vs. | ) ) | |
| | ) | Civil Action No. 08-cv-00423 |
| F. DUANE ACKERMAN, JAMES G. | ) | Judge William T. Hart |
| ANDRESS, ROBERT D. BEYER, W. JAMES | ) | |
| FARRELL, JACK M. GREENBERG, | ) | |
| RONALD T. LEMAY, EDWARD M. LIDDY, | ) | |
| J. CHRISTOPHER REYES, H. JOHN RILEY, | ) | |
| JR., JOSHUA I. SMITH, JUDITH A. | ) | |
| SPRIESER, MARY ALICE TAYLOR, | ) | |
| THOMAS J. WILSON, | ) | |
| | ) | |
| Defendants, | ) | |
| -and- | ) | |
| | ) | |
| ALLSTATE CORP., a Delaware corporation, | ) | |
| | ) | |
| Nominal Defendant. | ) | |
| | ) | |

### NOTICE OF FILING

To:

Peter C. John
Steven J. Roeder
WILLIAMS MONTGOMERY & JOHN
20 N. Wacker Drive, Suite 2100
Chicago, IL 60606

-and-

Greg A. Danilow
Stephen A. Radin
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153

Robert J. Kopecky
Sallie G. Smylie, P.C.
Jonathan E. Hinkemeyer
KIRKLAND & ELLIS LLP
200 E. Randolph Drive
Chicago, IL 60601

Please take notice that on May 15, 2008, pursuant to the Court=s May 1, 2008, order,

Plaintiff filed Plaintiff=s Opposition to Defendants Motion to Dismiss for Failure to Adequately

Plead Demand Futility.

/s/ Jeffrey M. Salas
Plaintiff=s attorney

Clinton A. Krislov
Jeffrey M. Salas
Krislov & Associates, Ltd.
20 N. Wacker Drive, Suite 1350
Chicago, IL  60606
(312) 606-0500

**CERTIFICATE OF SERVICE**

       I hereby certify that on May 15, 2008, I caused a copy of the foregoing Plaintiff≠s Opposition to Defendant's Motion to Dismiss for Failure to Adequately Plead Demand Futility to be served upon all parties listed below by operation of the Court≠s Electronic Case Filing system:

Peter C. John
Steven J. Roeder
WILLIAMS MONTGOMERY & JOHN
20 N. Wacker Drive, Suite 2100
Chicago, IL 60606

Robert J. Kopecky
Sallie G. Smylie, P.C.
Jonathan E. Hinkemeyer
KIRKLAND & ELLIS LLP
200 E. Randolph Drive
Chicago, IL 60601

Greg A. Danilow
Stephen A. Radin
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153

/s/ Jeffrey M. Salas
Attorney for Plaintiff