## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| RAUL FOJAS, Derivatively On Behalf of ALLSTATE CORP.,<br>　　　　　　　Plaintiff,<br>　vs.<br><br>F. DUANE ACKERMAN, JAMES G. ANDRESS, ROBERT D. BEYER, W. JAMES FARRELL, JACK M. GREENBERG, RONALD T. LEMAY, EDWARD M. LIDDY, J. CHRISTOPHER REYES, H. JOHN RILEY, JR., JOSHUA I. SMITH, JUDITH A. SPRIESER, MARY ALICE TAYLOR, THOMAS J. WILSON,<br><br>　　　　　　　Defendants,<br>　-and-<br><br>ALLSTATE CORP., a Delaware corporation,<br><br>　　　　　　　Nominal Defendant. | Civil Action No. 08-cv-00423<br>Judge William T. Hart |

### NOTICE OF FILING

To:

| | |
|---|---|
| Peter C. John<br>Steven J. Roeder<br>WILLIAMS MONTGOMERY & JOHN<br>20 N. Wacker Drive, Suite 2100<br>Chicago, IL 60606<br>-and-<br>Greg A. Danilow<br>Stephen A. Radin<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Robert J. Kopecky<br>Sallie G. Smylie, P.C.<br>Jonathan E. Hinkemeyer<br>KIRKLAND & ELLIS LLP<br>200 E. Randolph Drive<br>Chicago, IL 60601 |

　　　　Please take notice that on June 13, 2008, Plaintiff filed Plaintiff=s Response to Defendants' Submission of Supplemental Authority.

　　　　　　　　　　　　　　　　　　　　　　/s/ Jeffrey M. Salas
　　　　　　　　　　　　　　　　　　　　　　Plaintiff=s attorney

Clinton A. Krislov
Jeffrey M. Salas
Krislov & Associates, Ltd.
20 N. Wacker Drive, Suite 1350
Chicago, IL  60606
(312) 606-0500

## CERTIFICATE OF SERVICE

      I hereby certify that on June 13, 2008, I caused a copy of the foregoing Plaintiff=s Response to Defendants' Submission of Supplemental Authority to be served upon all parties listed below by operation of the Court=s Electronic Case Filing system:

Peter C. John
Steven J. Roeder
WILLIAMS MONTGOMERY & JOHN
20 N. Wacker Drive, Suite 2100
Chicago, IL 60606

Robert J. Kopecky
Sallie G. Smylie, P.C.
Jonathan E. Hinkemeyer
KIRKLAND & ELLIS LLP
200 E. Randolph Drive
Chicago, IL 60601

Greg A. Danilow
Stephen A. Radin
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153

                                             /s/ Jeffrey M. Salas
                                             Attorney for Plaintiff