Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William T. Hart | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 423 | **DATE** | 6/16/2008 |
| **CASE TITLE** | Fojas vs. Ackerman, et al. | | |

**DOCKET ENTRY TEXT**

File attached letter dated June 9, 2008 (with exhibit) as defendants' citation of additional authority. Defendants are admonished that all communications with the court should be through written pleadings that are filed, not by letter.

Docketing to mail notices.

| | Courtroom Deputy Initials: | cw |
|---|---|---|

U.S. DISTRICT COURT CLERK
2008 JUN 16 PM 4:54
FILED-ED1