IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RAUL FOJAS, Derivatively on Behalf of ALLSTATE CORP., <br><br>  Plaintiff, <br>  v. <br><br> F. DUANE ACKERMAN, JAMES G. ANDRESS, ROBERT D. BEYER, W. JAMES FARRELL, JACK M. GREENBERG, RONALD T. LEMAY, EDWARD M. LIDDY, J. CHRISTOPHER REYES, H. JOHN RILEY, JR., JOSHUA I. SMITH, JUDITH A. SPRIESER, MARY ALICE TAYLOR, THOMAS J. WILSON, <br><br>  Defendants, <br>  - and - <br> ALLSTATE CORP., a Delaware corporation, <br><br>  Nominal Defendant. | No. 1:08 CV 00423 <br><br> Judge William T. Hart |

## DEFENDANTS' CITATION OF ADDITIONAL AUTHORITY

In further support of Defendants' Motion to Dismiss (Docket No. 17), attached as Exhibit 1 is a recent decision by the Delaware Supreme Court upholding dismissal of a shareholder derivative claim for failure to adequately plead demand futility. *Wood v. Baum*, --- A.2d ---, 2008 WL 2600981 (Del. July 1, 2008).

Dated: July 8, 2008

Respectfully Submitted,

/s/ Jonathan E. Hinkemeyer
Robert J. Kopecky
Sallie G. Smylie, P.C.
Jonathan E. Hinkemeyer
KIRKLAND & ELLIS LLP
200 E. Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

*Counsel for Allstate Corporation*

1

/s/ Peter C. John
Peter C. John
Steven J. Roeder
WILLIAMS MONTGOMERY
& JOHN LTD
20 North Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 443-3200

    -and-

Greg A. Danilow
Stephen A. Radin
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8000

*Counsel for the Individual Defendants*

## **CERTIFICATE OF SERVICE**

I, Jonathan E. Hinkemeyer, an attorney, hereby certify that on July 8, 2008, I electronically filed the foregoing **Defendants' Citation of Additional Authority** with the Clerk of Court using the CM/ECF system which sent notification of such filing to all counsel of record.

                /s/ Jonathan E. Hinkemeyer