IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RAUL FOJAS, Derivatively on Behalf of ALLSTATE CORP.,<br><br>　　　　　Plaintiff,<br>　v.<br><br>F. DUANE ACKERMAN, JAMES G. ANDRESS, ROBERT D. BEYER, W. JAMES FARRELL, JACK M. GREENBERG, RONALD T. LEMAY, EDWARD M. LIDDY, J. CHRISTOPHER REYES, H. JOHN RILEY, JR., JOSHUA I. SMITH, JUDITH A. SPRIESER, MARY ALICE TAYLOR, THOMAS J. WILSON,<br><br>　　　　　Defendants,<br>　- and -<br>ALLSTATE CORP., a Delaware corporation,<br><br>　　　　　Nominal Defendant. | No. 1:08 CV 00423<br><br>Judge William T. Hart |

## NOTICE OF FILING

To:   All Counsel of Record

Please take notice that on July 8, 2008, Defendants filed Defendants' Citation of Additional Authority.

Dated:  July 8, 2008                              Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Jonathan E. Hinkemeyer
　　　　　　　　　　　　　　　　　　　　　　　　　　Robert J. Kopecky
　　　　　　　　　　　　　　　　　　　　　　　　　　Sallie G. Smylie, P.C.
　　　　　　　　　　　　　　　　　　　　　　　　　　Jonathan E. Hinkemeyer
　　　　　　　　　　　　　　　　　　　　　　　　　　KIRKLAND & ELLIS LLP
　　　　　　　　　　　　　　　　　　　　　　　　　　200 E. Randolph Drive
　　　　　　　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60601
　　　　　　　　　　　　　　　　　　　　　　　　　　(312) 861-2000

　　　　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Allstate Corporation*

/s/ Peter C. John
Peter C. John
Steven J. Roeder
WILLIAMS MONTGOMERY
& JOHN LTD
20 North Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 443-3200

    -and-

Greg A. Danilow
Stephen A. Radin
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8000

*Counsel for the Individual Defendants*

## CERTIFICATE OF SERVICE

I, Jonathan E. Hinkemeyer, an attorney, hereby certify that on July 8, 2008, I electronically filed the foregoing **Defendants' Notice of Filing** with the Clerk of Court using the CM/ECF system which sent notification of such filing to all counsel of record.

                                                      /s/ Jonathan E. Hinkemeyer