Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | WILLIAM T. HART | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 0423 | DATE | AUGUST 21, 2008 |
| CASE TITLE | RAUL FOJAS, etc. v. F. DUANE ACKERMAN, et al. | | |

**DOCKET ENTRY TEXT**

Defendants' motion to dismiss [17] is granted. The Clerk of the Court is directed to enter judgment in favor of defendants and against plaintiff dismissing plaintiff's cause of action without prejudice for failure to satisfy applicable demand requirements.

■ [ For further detail see attached Opinion and Order.]

Notices (6) mailed by Judicial staff.
*Mail AO 450 form.

| | | Courtroom Deputy | CW |
|---|---|---|---|