# United States District Court

## Northern District of Illinois
### Eastern Division

Raul Fojas                           **JUDGMENT IN A CIVIL CASE**

      v.                                    Case Number: 08 C 423

F. Duane Ackerman, et al.

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of defendants and against plaintiff dismissing plaintiff's cause of action without prejudice for failure to satisfy applicable demand requirements.

                                                     Michael W. Dobbins, Clerk of Court

Date: 8/21/2008

                                                /s/ Carol Wing, Deputy Clerk